1  Paul E. Rice/Bar No. 062509
   Paul E. Rice, A Professional Corporation
2  122 Sherman Avenue
   Palo Alto, CA  94306
3  Telephone:      (650) 289-9088
   Facsimile:      (650) 289-9093
4  price@civlit.com

5  Attorneys for Plaintiff VM Services, Inc.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN JOSE)

12 | **VM SERVICES, INC.,**            | Case No.: 04-05488 JF
13 |         Plaintiff,                |
                                       | **STIPULATION OF DISMISSAL**
14 |     v.                            | **AND ORDER**
15 | **ATLANTIC MUTUAL INSURANCE CO.,**|
16 |         Defendant.                |

18         IT IS HEREBY STIPULATED by and between the parties to this action, through their
19 designated counsel, that the above-captioned action be and hereby is dismissed with prejudice,
20 pursuant to Fed.R.Civ.P. 41(a)(1).

22 Dated: May 4, 2005              PAUL E. RICE, A PROFESSIONAL CORPORATION

24                                        By: /s/ Paul E. Rice
25                                        Paul E. Rice
                                          Attorneys for Plaintiff,
                                          VM Services, Inc.

1

STIPULATION OF DISMISSAL

1  Dated: May 6, 2005                SELVIN WRAITH HALMAN, LLP

                                      By: _____
                                           Patrick M. Quigley
                                           Attorneys for Defendant,
                                           Atlantic Mutual Insurance Company

   5/12/05 IT IS SO ORDERED.          Jeremy Fogel /s/electronic signature authorized
                                      Judge of the U.S. District Court

PAUL E. RICE
Paul E. Rice, A Professional Corporation
122 Sherman Avenue
Palo Alto, CA 94306
650/289-9088

STIPULATION OF DISMISSAL

2

| Re: | VM Services, Inc., vs. Atlantic Mutual Insurance Company, et al. |
|---|---|
| Court: | U.S.D.C. Northern District, San Jose |
| Action No. | CV 04-05488 JF |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 500 12th Street, Suite 340, Oakland, Alameda County, California 94607.

On May 9, 2005, I served the following document(s):

### STIPULATION OF DISMISSAL

__X__ **By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

_____ **By FACSIMILE:** By having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m. The transmission was reported as complete without error by a report issued by the transmitting facsimile machine. A true and correct copy of the transmission report is attached hereto.

_____ **By PERSONAL SERVICE:** By having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

_____ **By OVERNIGHT DELIVERY:** By having a true copy of the document(s) listed above delivered by an overnight delivery service to the person(s) at the address(es) set forth below.

_____ **By ELECTRONIC SERVICE:** By having the document(s) listed above transmitted electronically to the party(ies), at the electronic mailing addresses indicated below. Said transmission was reported as complete and without error.

### - SEE ATTACHED SERVICE LIST -

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 9, 2005

_____
Antonia Lee

**SERVICE LIST – PAGE 1**

| | |
|---|---|
| Mr. Paul E. Rice<br>Paul E. Rice, A Professional Corporation<br>122 Sherman Avenue<br>Palo Alto, CA 94306<br>Telephone No.: (650) 289-9088<br>Fax No.: (650) 289-9093<br>Email: price@civlit.com | Attorneys for Plaintiff:<br>VM Services, Inc. |